THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Matrix Capital Bank,       
 Respondent,
 
 
 

v.

 
 
 
Earl Brooks a/k/a Earl Lawrence Brooks, Jr.; and Travelers Mortgage Services, 
 Inc., Defendants,/Of whom Earl Brooks a/k/a Earl Lawrence Brooks, Jr., 
 is,        Appellant.
 
 
 

Appeal From Orangeburg County
Olin  D. Burgdorf, Circuit Court Judge

Unpublished Opinion No. 2004-UP-047
Submitted November 19, 2003 – Filed 
 January 21, 2004

AFFIRMED

 
 
 
Mr. Earl Brooks, of Columbia, for Appellant.
John J. Hearn, of Columbia, for Respondent.
 
 
 

PER CURIAM: Earl Brooks, a/k/a Earl Lawrence 
 Brooks, Jr. appeals the master-in-equity’s judgment of foreclosure and sale.  
 We affirm pursuant to Rule 220, SCACR and the following authorities:  Register 
 v. Dukes, 302 S.C. 195, 197, 394 S.E.2d 718, 720 (Ct. App. 1990) (stating 
 that because the trial judge did not address the issue of a motion for a continuance, 
 there is no way for this court to determine whether he abused his discretion 
 in failing to grant one); First Union Nat’l Bank v. Soden, 333 S.C. 554, 
 568, 511 S.E.2d 372, 379 (Ct. App. 1998) (holding where the trial court did 
 not address the issue, and the appellant did not make a motion for the court 
 to do so pursuant to Rule 59, SCRCP, the issue is not preserved for appellate 
 review); Rule 210, SCACR (stating the Record on Appeal shall not include any 
 matter which was not presented to the lower court and "the appellate court will 
 not consider any fact which does not appear in the Record on Appeal.”); Crestwood 
 Golf Club, Inc. v. Potter, 328 S.C. 201, 215, 493 S.E.2d 826, 834 (1997) 
 (stating the appellant has the burden of providing court with sufficient record 
 on which to make a decision); Glasscock, Inc. v. United States Fid. & 
 Guar. Co., 348 S.C. 76, 81, 557 S.E.2d 689, 691 (Ct. App. 2001) (stating 
 short, conclusory arguments unsupported by authority are deemed abandoned).  

AFFIRMED.
HUFF, STILWELL, and BEATTY, JJ., concur.